## CIRCUIT COURT OF GRAYSON COUNTY

Commonwealth of Virginia

v.

Orkin Exterminating Co., Inc.

May 6, 1987

Cases No. (Criminal) 87-12 and 87-13

By JUDGE WILLIS A. WOODS

Within the Commonwealth of Virginia the crime of involuntary manslaughter is defined by the common law. Section 18.2-36 of the Code merely prescribes the punishment. Adopting the reasoning of the Court in *State v. Pacific Power Company*, 360 P.2d 530 (Ore. 1961), it is my opinion that at common law a corporation could not be convicted of the crime of manslaughter. The Legislature by the enactment of Section 1-13.19 of the Code did not intend to extend corporate responsibility to crimes of personal violence. If public policy requires the extension of corporate responsibility in this area, that is a matter for the Legislature and not this Court.

The case of *Postal Telegraph-Cable Company v. City of Charlottesville*, 126 Va. 800 (1919), cited by the Commonwealth is distinguishable from the case at bar; the Charlottesville case involved penal sanctions for the violation of certain license taxes.

For the reasons stated, the defendant's motion to dismiss is sustained in both cases.